1   Young Cho
    Attorney at Law: 189870
2   Law Offices of Lawrence D. Rohlfing
    12631 East Imperial Highway, Suite C-115
3   Santa Fe Springs, CA 90670
    Tel.: (562)868-5886
4   Fax: (562)868-8868
    E-mail: rohlfing.office@rohlfinglaw.com
5
    Attorneys for Plaintiff
6   Lonnesa L. Donaldson

7

8

9

10                  **UNITED STATES DISTRICT COURT**

11                  **CENTRAL DISTRICT OF CALIFORNIA**

12   LONNESA L. DONALDSON,          ) Case No.: CV 11-03804 MRW
                                     )
13              Plaintiff,           ) {~~PROPOSED~~} ORDER AWARDING
                                     ) EQUAL ACCESS TO JUSTICE ACT
14        vs.                        ) ATTORNEY FEES AND EXPENSES
                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
15   MICHAEL J. ASTRUE,              )
     Commissioner of Social Security,)
16                                   )
                Defendant            )
17                                   )
     _____ )
18

19        Based upon the parties' Stipulation for the Award and Payment of Equal

20   Access to Justice Act Fees, Costs, and Expenses:

21        IT IS ORDERED that fees and expenses in the amount of $3,900.00 as

22   authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23
     DATE:    April 3, 2012
24
                              _____/s/ Judge Wilner_____
25                            THE HONORABLE MICHAEL R. WILNER
                              UNITED STATES MAGISTRATE JUDGE
26

                                       -1-